UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHAN WARREN                                    CIVIL ACTION

VERSUS                                           NUMBER: 08-4038

BOBBY CROWE, SHERIFF, ET AL                      SECTION: "E"(5)

**O R D E R**

    The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.  Accordingly,

    IT IS ORDERED that plaintiff's habeas corpus claim is dismissed without prejudice for failure to exhaust state court remedies.

    IT IS FURTHER ORDERED that plaintiff's claims pursuant to 42 U.S.C. §1983 are dismissed with prejudice.

    New Orleans, Louisiana, this 21st day of October, 2008.

UNITED STATES DISTRICT JUDGE